**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1060**

ESKEDAR TESHOME-GEBREEGZIABHER,

        Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: August 29, 2008      Decided: October 30, 2008

Before WILLIAMS, Chief Judge, SHEDD, Circuit Judge, and Claude M. HILTON, Senior United States District Judge for the Eastern District of Virginia, sitting by designation.

Petition denied by unpublished per curiam opinion.

Jason A. Dzubow, MENSAH, BUTLER & DZUBOW, PLLC, Washington, D.C., for Petitioner. Gregory G. Katsas, Acting Assistant Attorney General, David V. Bernal, Assistant Director, Stuart S. Nickum, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eskedar Teshome-Gebreegziabher, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of her applications for relief from removal. Teshome challenges the determination that she failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Teshome fails to show that the evidence compels a contrary result.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED